IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Vs. | § | CRIM. ACTION NO. 6:15CR17 |
| CHAD CALHOUN | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

On September 24, 2015, the Court referred Defendant's Motion to Suppress Physical Evidence (ECF 30) to the Honorable K. Nicole Mitchell, United States Magistrate Judge, for consideration. Judge Mitchell conducted a hearing on October 27, 2015.

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of Defendant's Motion to Suppress Physical Evidence (ECF 30) has been presented for consideration. The Report and Recommendation, filed on November 9, 2015, recommends that the motion to suppress be denied. Defendant filed written objections on November 23, 2015.

Having made a *de novo* review of the written objections filed by Defendant, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit. In light of the foregoing, it is

**ORDERED** that the Motion to Suppress Physical Evidence (ECF 30) is **DENIED**.

**SIGNED** this 2nd day of December, 2015.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

1